UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LISA BEAULIEU : | |
| CODY DIFRONZO-HAYES : | |
| : | NO. 3:17-CV-00458-RNC |
| v. : | |
| : | |
| RIDES BY RYAN LLC : | |
| NATIONAL AUTO LOANS LLC : | |

## DEFAULT JUDGMENT

Cross-defendant Rides by Ryan LLC having failed to appear, plead or otherwise defend in this action, and a default under Fed. R. Civ. P. 55(a) having been entered on April 18, 2019; plaintiffs Lisa Beaulieu and Cody DiFronzo-Hayes and defendants Rides by Ryan LLC and National Auto Loans LLC were previously dismissed; and

The cross-plaintiff National Auto Loans LLC having filed a Motion for Default Judgment pursuant to Fed. R. Civ. P. 55(b), and the Court having granted the motion, it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and hereby is entered in favor of cross-plaintiff National Auto Loans LLC against cross-defendant Rides by Ryan LLC in the total amount of $8,500.

Dated at Hartford, Connecticut this 23rd day of May 2019.

ROBIN TABORA, Clerk

By   /s/LP
     Lynne Pipech
     Deputy Clerk

EOD: 5/24/2019